UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 20-9957 DSF (MRWx) | Date | September 14, 2021 |
|---|---|---|---|
| Title | Williams v. Local 1018 | | |

Present: Hon. Michael R. Wilner, U.S. Magistrate Judge

| Veronica Piper | Not Recorded |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff: | Attorneys for Defendant: |
|---|---|
| Andrew Wyatt | Geoffrey Brethen |

Proceedings:   ORDER TO SHOW CAUSE

1. Judge Wilner held a scheduled video status conference with the parties in this action today. Ms. Williams and the ex-employer were represented at the hearing. The union was not.

2. Mr. Willis – who appeared for the union at an earlier hearing – failed to attend. He is ordered to show cause why sanctions should not be imposed. He may discharge this OSC by filing a reasonably persuasive declaration (NTE three pages) by September 21 explaining his absence.

3. Owing to the pace of discovery, the next video status call with Judge Wilner is set for Tuesday, February 1, at 10 a.m. The Court expects considerable progress with pretrial development of the action.

: 30

Initials of Preparer: vp