UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 20-9957 DSF (MRWx) | Date | May 3, 2022 |
|---|---|---|---|
| Title | Williams v. Local 1018 | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Veronica Piper | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | n/a | n/a |

**Proceedings:**   ORDER TO SHOW CAUSE

    1.    Pursuant to the order of the assigned district judge, Magistrate Judge Wilner has held several pre-settlement video calls with the lawyers over the past year. (Docket # 30, 37, 44.) At our last meeting in February 2022, the Court set another hearing for the morning of Tuesday, May 3, to monitor the action. (Docket # 44.)

    2.    At 4:21 p.m. on Monday, May 2, a paralegal for Mr. Kennelly filed a short declaration announcing that Mr. Kennelly "is unable to attend this matter in person or via telephone [*sic* – it was a video appearance.] As of this filing[,] this office has no time of when Mr. Kennelly will be able to attend this matter." The declaration requested a 30-day continuance. (Docket # 45.)

    3.    Notably, the declaration provided no reason for Mr. Kennelly's failure to attend the video hearing.[1] It also summarily announced that no advance notice had been provided to the defense lawyers (other than service of the declaration via CM/ECF). The Court further notes that the Clerk received no voicemail message or video confirmation from Mr. Kennelly in the run-up to his unilateral cancellation.

    4.    I would have gladly rescheduled our hearing if I'd received a timely, professional request from any of the parties. But a brusque, cursory, after-hours submission like this materially inconvenienced the Court, its staff, and the defense lawyers. That's unacceptable in federal court.

---

    [1]    The online docket entry on the Court's system states that the filing was a declaration from the paralegal attesting that "attorney unable to appear at status conference due to illness." (Docket # 45.) However, the text of the declaration itself contains no information about any health issue.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 20-9957 DSF (MRWx) | Date | May 3, 2022 |
|---|---|---|---|
| Title | Williams v. Local 1018 | | |

     5.    Mr. Kennelly is ordered to show cause why sanctions should not be imposed for his conduct here. He may discharge this OSC by filing a declaration (NTE three pages) by May 6 explaining his conduct. A declaration from Mr. Johnson won't cut it this time.

     6.    After the Court reviews Mr. Kennelly's submission, it will determine when and how the parties will reconvene for settlement proceedings.