# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-9957 SSS (MRWx) | Date | November 7, 2022 |
|---|---|---|---|
| Title | Williams v. UERMWA | | |

Present:. Hon. Michael R. Wilner, U.S. Magistrate Judge

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   ORDER TO SHOW CAUSE

   1.   Defendant filed a discovery motion that is not in the joint format mandated under the Local Rules.  (Docket # 71.)  The motion is accompanied by a statement that indicates that Plaintiff refused to confer in accordance with this Court's Local Rule 37-1.  (Docket # 71 at 3.)

   2.   The gist of the motion is that Plaintiff Williams failed to appear for her deposition in October (after failing to appear for a similar deposition in the related state case).  (Docket # 71-1 at 2-3.)  This occurred despite an e-mail from Mr. Kennelly to the Court in late September that the parties "have worked out a tentative schedule so this will not happen again."  At an informal discovery conference in September, Judge Wilner was informed that Mr. Kennelly was considering a request to the Court that he be allowed to withdraw from the representation of Ms. Williams in this action.  However, to date, he has not filed such a motion with the district court.

   3.   A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion."  Local Rule 7-12.  Therefore, Plaintiff is ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process <u>and</u> to submit a substantive response to the discovery motion by <u>November 16, at 12:00 p.m.</u>  If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings.  The Court will also award expenses to the moving party as required under Federal Rule of Civil Procedure 37(a)(5).