JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILE WILLIAMS, an individual, | Case No.: 2:20-cv-09957-SSS-MRWx |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| UNITED ELECTRICAL, RADIO AND MACHINE WORKERS OF AMERICA, UE LOCAL 1018, et al., | |
| Defendants. | |

JUDGMENT

    Pursuant to the Court's Order Regarding Factual Findings and Legal Conclusions, after a court trial and having reviewed the parties' respective arguments, the testimony and evidence offered at trial, and the relevant legal authority, it is ORDERED AND ADJUDGED as follows:

    1.  Judgment is entered in favor of Plaintiff CECILE WILLIAMS and against Defendant UNITED ELECTRICAL, RADIO AND MACHINE WORKERS OF AMERICA, UE LOCAL 1018 in the amount of $184,638.90.

    2.  Attorneys' fees and costs shall be heard on motion if one is filed within 14 days of the date of this Judgment as set forth below.

**IT IS SO ORDERED.**

Dated: May 6, 2025

------

**HON. SUNSHINE S. SYKES**
**Judge of the United States District Court**